TRANGEL, Respondent, v. BOORUM & PEASE CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1914.) Action by Mary Trangel

against the Boorum & Pease Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.